UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Judge Jack B. Schmetterer    Hearing Date: June 6, 2012

Bankruptcy Case No.: 11 B 11543    Adversary No.:

Title of Case: In re: Paul & Cynthia Dugan

Brief Statement of Motion: Motion of Richard Lusiak for Relief from the Automatic Stay to Allow Foreclosure on Mechanics Lien or in the Alternative to Dismiss Case

Names and Addresses of moving counsel: See attached Service List

Representing:

## ORDER CONTINUING STAY

IT IS HEREBY ORDERED that for reasons stated, stay is ordered to remain in effect until final judgment is entered in related Adversary 12 A 00773. The Motion of Lusiak will be continued for final ruling following entry of final judgment in that Adversary Proceeding.

Enter:

Jack B. Schmetterer, U.S.B.J.